NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VICTOR LEWIS, DOC #138053,          )
                                    )
       Appellant,                   )
                                    )
v.                                  )
                                    )    Case No. 2D18-1873
STATE OF FLORIDA,                   )
                                    )
       Appellee.                    )
_____     )

Opinion filed March 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County, Debra Johnes Riva,
Judge.

Victor Lewis, pro se.


PER CURIAM.


      Affirmed.


SLEET, LUCAS, and ATKINSON, JJ., Concur.